PEARL MOWITZ, an Infant, by DAVID MOWITZ, Her Guardian ad Litem, and DAVID MOWITZ, Respondents, v. LONDON GUARANTY AND ACCIDENT COMPANY, LTD., Appellant.— Judgment in favor of plaintiff Pearl Mowitz, an infant, by her

guardian *ad litem*, for personal injuries, and in favor of David Mowitz against the defendant for loss of services, rendered pursuant to section 109 of the Insurance Law, unanimously affirmed, with costs. No opinion. Finding of fact numbered ninety-first is reversed and struck out. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.